IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

The following cases are set for final pretrial conference, docket call and motions hearings on **Monday, May 9, 2005,** in the First Floor Courtroom, United States Courthouse, Beaumont, Texas, at **10:00 a.m.** Pending motions will be heard immediately following docket call. All counsel and defendants in criminal cases should be present at such time. Counsel in criminal cases are hereby notified that any plea agreements shall be submitted to the court no later than 4:30 p.m. Friday, May 6, 2005. Except for good cause shown, the court will not allow any change of plea by defendant(s) after May 6, 2005.

Jury selection will commence at 9:00 a.m. on **Tuesday, May 10, 2005.** Each side will be limited to ten minutes on voir dire. After jury selection, cases will be assigned to trial during the weeks beginning **May 10, 2005,** until completion. All cases which have been continued or reset more than once will not be continued or reset. The cases will not necessarily be tried in strict numerical order.

Counsel shall furnish the court with requested jury instructions at the time the case is called for trial. Failure to do so will result in the court's preparing the final charge.

HOWELL COBB
UNITED STATES DISTRICT JUDGE

April 14, 2005

1

JURY TRIAL DOCKET - BEAUMONT - JUDGE COBB
**CRIMINAL CASES**

**Monday, May 9, 2005**
**10:00 a.m.**

1:05-CR-15   UNITED STATES OF AMERICA   V.   ROBERT EUGENE SCHREIBER

    FOR THE GOVERNMENT:   RANDALL LYNN FLUKE
    FOR THE DEFENDANT:   BERNARD J. SHEALY

1:05-CR-30 UNITED STATES OF AMERICA   V.   MARK EDWARD MARTIN

    FOR THE GOVERNMENT:   ROBERT LEO RAWLS
    FOR THE DEFENDANT:   EDWARD A. MALLETT

April 14, 2005